IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Rodney A

Printed: 10/29/08

Case Number: 07 B 21639
Judge: Wedoff, Eugene R
Filed: 11/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 11, 2008
Confirmed: February 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,207.58 |  |
| Secured: |  | 14,292.31 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 915.27 |
| Other Funds: |  | 0.00 |
| Totals: | 15,207.58 | 15,207.58 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,999.00 | 0.00 |
| 2. | Home Vest Capital LLC | Secured | 3,833.37 | 2,889.32 |
| 3. | US Bank Trust National Assoc | Secured | 14,949.63 | 11,267.99 |
| 4. | United Auto Credit | Secured | 2,019.06 | 135.00 |
| 5. | US Bank Trust National Assoc | Secured | 15,070.36 | 0.00 |
| 6. | Home Vest Capital LLC | Secured | 3,583.30 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 2,497.76 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 40.42 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 50.29 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 2,757.00 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 200.00 | 0.00 |
| 12. | Capital One | Unsecured | 65.80 | 0.00 |
| 13. | Cook County Treasurer | Secured |  | No Claim Filed |
| 14. | Bally Health & Tennis Club | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,065.99 | $ 14,292.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 359.48 |
| 6.5% | 555.79 |
|  | $ 915.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Moore, Rodney A

Printed: 10/29/08

Case Number:  07 B 21639
Judge:  Wedoff, Eugene R
Filed:  11/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

